NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**OPERATING SYSTEMS SOLUTIONS, LLC,**
*Plaintiff-Appellant,*

**v.**

**APPLE INC.,**
*Defendant-Appellee.*

---

2013-1487

---

Appeal from the United States District Court for the Middle District of Florida in No. 11-CV-1754, Judge James S. Moody, Jr.

---

**JUDGMENT**

---

BRYAN GUY HARRISON, Morris, Manning & Martin, LLP, of Atlanta, Georgia, argued for plaintiff-appellant. With him on the brief was JEFFREY THOMAS BRELOSKI.

DEANNE E. MAYNARD, Morrison & Foerster LLP, of Washington, DC, argued for defendant-appellee. With her on the brief were BRIAN R. MATSUI, and NATALIE R. RAM. Of counsel on the brief were JAMES R. BATCHELDER, Ropes & Gray, LLP, of East Palo Alto, California, and CHING-LEE FUKUDA and KEVIN J. POST, of New York, New

York. Of counsel was DOUGLAS HALLWARD-DRIEMEIER, of Morrison & Foerster, LLP, of Washington, DC.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (NEWMAN, O'MALLEY, and WALLACH, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


<u>March 18, 2014</u>                          <u>/s/  Daniel  E.  O'Toole</u>
         Date                                       Daniel E. O'Toole
                                                    Clerk of Court